_____



SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: August 20, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE:                                                  CHAPTER 13
ANNA MCCLAIN BRASFIELD                      CASE NO. 24-50264-KMS

**ORDER RELEASING EARNINGS OF DEBTOR**
**ANNA MCCLAIN BRASFIELD (SSN # XXX-XX-7711)**

THE ORDER **(Dkt. 10)** heretofore entered in these proceedings by which the debtor's employer:

> Pass Christian Public School Dist.
> 6457 Kiln Delisle Rd
> Pass Christian MS 39571-0000

was directed to pay Debtor's wages or a portion thereof to:

> WARREN A. CUNTZ, JR. TRUSTEE
> P.O. BOX 3749
> GULFPORT MS 39505-3749
> (228) 831-9531 / (228) 831-9902

**IS VACATED, AND THE ABOVE-NAMED EMPLOYER IS AUTHORIZED TO CEASE PAYING EARNINGS AND/OR INCOME TO THE ABOVE-NAMED TRUSTEE.**

##END OF ORDER##