_____



SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: August 13, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**IN RE:**                                                        **CHAPTER 13**
**ANNA MCCLAIN BRASFIELD**                       **CASE NO. 24-50264-KMS**

### ORDER RELEASING EARNINGS OF DEBTOR
**ANNA MCCLAIN BRASFIELD (SSN # XXX-XX-7711)**

THE ORDER **(Dkt. 28)** heretofore entered in these proceedings by which the debtor's employer:

> **Long Beach School District**
> **19148 Commission Rd.**
> **Long Beach, MS 39560**

was directed to pay Debtor's wages or a portion thereof to:

> **WARREN A. CUNTZ, JR. TRUSTEE**
> **P.O. BOX 3749**
> **GULFPORT MS 39505-3749**
> **(228) 831-9531 / (228) 831-9902**

**IS VACATED, AND THE ABOVE-NAMED EMPLOYER IS AUTHORIZED TO CEASE PAYING EARNINGS AND/OR INCOME TO THE ABOVE-NAMED TRUSTEE.**

**##END OF ORDER##**